# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 12-00044-01-CR-W-DW |
| ) | |
| JOSHUA E. BOYLES, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation (Doc. 38), which recommends that the Defendant Joshua E. Boyles's (the "Defendant") Motion to Suppress (Doc. 26) be denied. The Defendant filed an Objection to Report and Recommendation (Doc. 39), and the Government filed a response (Doc. 40). After an independent review of the record, the applicable law and the parties' arguments, the Court ADOPTS the Magistrate's Report and Recommendation (Doc. 38). Accordingly, the Court ORDERS that the Magistrate's Report and Recommendation be attached to and made a part of this Order, and DENIES the Defendant's Motion to Suppress (Doc. 26).

IT IS SO ORDERED.


Date: December 20, 2012          /s/ Dean Whipple
                                 Dean Whipple
                                 United States District Judge